■    LAWRENCE BARON, Appellant, v. MABEL BARON, Respondent.—

Concur — McGivern, J. P., Nunez, McNally, Steuer and Eager, JJ.